IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| | § | |
| v. | § | NO: 4:15CV636 |
| | § | Judge Schell |
| $155,860.00 IN UNITED STATES | § | |
| CURRENCY | § | |
| Defendant | § | |

## NOTICE OF SETTLEMENT

The United States and claimant Ali Rahimizadeh (the Parties) respectfully inform the Court that they have agreed to settle the claimant's interest in the Defendant Property. The Parties will continue in good faith towards documenting and finalizing the settlement.

        Respectfully submitted,

        JOHN M. BALES
        UNITED STATES ATTORNEY


_/s/ with permission_                          _/s/ Alan R. Jackson_
CRAIG A. BRAND                           ALAN R. JACKSON
Florida Bar No. 896111                  Assistant United States Attorney
Admitted Pro Hac Vice                  Texas Bar Card No. 10453300
The Brand Law Firm                      110 N. College, Suite 700

**Notice of Settlement Agreement - Page 1**

618 E South Street, Suite 500
Orlando, Florida 32801
(305) 878-1477
(877) 407-2726 - fax
craig@thebrandlawfirm.com
**ATTORNEY FOR CLAIMANT**
**ALI RAHIMIZADEH**

Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 - fax
alan.jackson@usdoj.gov
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served electronically by the Court's CM/ECF system to attorney for claimant Ali Rahimizadeh, on July 13, 2016.

/s/
Alan R. Jackson
Assistant United States Attorney

**Notice of Settlement Agreement - Page 2**